**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| IN RE:  Clifford Lee Johnson, | * | Chapter 13 |
| Latessa Marie Johnson, | * | Case No. 16-40759 |
| Debtors. | * | |

**NOTICE**

THE DEBTORS HAVE FILED PAPERS WITH THE COURT TO MODIFY THE CHAPTER 13 PLAN.

YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.)

IF YOU DO NOT WANT THE COURT TO GRANT THE MOTION, OR IF YOU WANT THE COURT TO CONSIDER YOUR VIEWS ON THE MOTION, THEN YOU OR YOUR ATTORNEY MUST ATTEND THE HEARING SCHEDULED FOR **NOVEMBER 18, 2016 AT 9:00 A.M.,** IN COURTROOM, UNITED STATES BANKRUPTCY COURT, LOCATED AT SUITE 309, 1 ARSENAL PLACE, 901 FRONT AVENUE, COLUMBUS, GEORGIA.

IF YOU OR YOUR ATTORNEY DO NOT TAKE THESE STEPS, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY ENTER AN ORDER GRANTING THAT RELIEF.

Date: 9/28/16

/s/ Valerie G. Long
Valerie G. Long
Attorney for Debtors

4800 Armour Road
P.O. Box 8641
Columbus, Georgia  31908-8641
(706) 596-6745
Georgia Bar No. 457485

**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| IN RE:  Clifford Lee Johnson, | * | Chapter 13 |
| Latessa Marie Johnson, | * | Case No. 16-40759 |
| Debtors. | * | |

**MOTION FOR MODIFICATION OF PLAN BEFORE CONFIRMATION**

The Debtors, under the authority of Section 1323 of the Bankruptcy Code, file this Motion for Modification of Plan and respectfully show as follows:

1.

Debtors show a change in circumstances and desire to modify the Chapter 13 Plan. Due to a scrivener's error, Debtors desire to modify the Chapter 13 Plan to decrease their Chapter 13 payment to $1,925.00 per month. Debtors withdraw the Chapter 13 Plan heretofore filed and substitute in lieu thereof a new plan. A copy of the new plan is attached hereto.

2.

After notice and opportunity for objections, the new plan should become the Debtors' Plan.

**WHEREFORE**, the Debtors pray that this motion be approved.

This the 28th day of September, 2016.

/s/ Valerie G. Long
Valerie G. Long
Attorney for Debtors

4800 Armour Road
P.O. Box 8641
Columbus, Georgia  31908-8641
(706) 596-6745
Georgia Bar No. 457485

**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| IN RE:  Clifford Lee Johnson, | * | Chapter 13 |
| Latessa Marie Johnson, | * | Case No. 16-40759 |
| Debtors. | * | |

**MODIFIED CHAPTER 13 PLAN**

1. The future earnings of the Debtors are submitted to the supervision and control of the Trustee and the Debtors shall pay to the Trustee the sum of **$1925** per month.
2. From the payments so received, the Trustee shall make disbursements as follows:

    (a) The Trustee percentage fee as set by the United States Trustee.

    (b) The monthly payments will be made on the following long term debts: **None**

    (c) Preconfirmation adequate protection payments will be made to the following secured creditors and holders of executor contracts made after the filing of a Proof of Claim by the creditor. These payments will be applied to reduce the principal of the claim.

| Name of Creditor | Adequate Protection |
|---|---|
| **Fidelity Bank** | **$100** |
| **Sheffield Financial** | **$ 50** |

    (d) The following claims are not subject to cram down because debts are secured by purchase money security interest in a vehicle for which the debt was incurred within 910 days of filing the bankruptcy petition, or, if the collateral for the debt is any other thing of value, the debt was incurred within one (1) year of filing. **None**

    (e) After confirmation of the plan, the secured creditors with allowed claims will be paid as follows:

| Name of Creditor | Amount Due | Value | Interest | Collateral | Payment |
|---|---|---|---|---|---|
| **Fidelity Bank** | **$25,666** | **$22,350** | **4%** | **'13 Nissan** | **$420** |
| **Sheffield Financial** | **$15,859** | **$15,000** | **4%** | **'12 Can Am** | **$280** |

    (f) Attorneys fees ordered pursuant to 11 U.S.C. §507(a)(2) of **$3,000** to be paid as an administrative expense.

    (g) After the above are paid, distributions will be made to cure arrearages and other secured debts whose claims are duly proven and allowable as follows: **None**

    (h) The following collateral is surrendered to the creditor: **None**

    (i) The following domestic support obligations will be paid over the life of the plan: **None**

    (j) The following secured claims are classified to be paid at 100%: **None**

    (k) All other 11 U.S.C. §507 priority claims will be paid in full over the life of the plan as funds become available in the order specified by law.

    (l) The Debtors will be the disbursing agent on the following debts:

| Name of Creditor | Collateral | Beginning Date |
|---|---|---|
| **Navy Federal Credit Union** | **1st mortgage** | **09/01/2016** |

    (m) Special provisions:

      (1) Upon completion of plan payments, all non-purchase money security liens and/or judicial/statutory liens in favor of the following creditors shall be avoided pursuant to 11 U.S.C. §522(f), and said creditors shall cancel said lien of record within fifteen (15) days of such notice: **Tower Loan.**

      (2)  Upon completion of plan payments to secured creditors, Fidelity Bank and Sheffield Financial, shall release its lien and transfer title of the **2013 Nissan Pathfinder and 2012 Can-Am Spider** to the Debtors.

      (3)  The valuation shown above shall be binding unless timely objection to confirmation is filed. Secured claims shall be allowed for the value of the collateral or the amount of the claim, whichever is less, and shall be paid in monthly installments and at the interest rate as shown above. Secured creditors shall retain their liens as provided in 11 U.S.C. §1325(a)(5).

      (4)  Debtors may execute a Quit Claim Deed back to the mortgage holder after confirmation on any property surrendered in Paragraph (h) in full satisfaction of the debt.

      (5)  Debtors shall make plan payments directly to the trustee.

(n)  Debtors will make payments that will meet all of the following parameters:

    (i) Debtors will pay all of their disposable income as shown on Form B22C of $0 to the non priority unsecured creditors in order to be eligible for a discharge.

    (ii)  If the Debtors filed a Chapter 7 case, the priority and other unsecured creditors would receive $0.  Debtors will pay this amount to the priority and other unsecured creditors in order to be eligible for a discharge in this case.

    (iii)  The Debtors will pay **$60,000** to the general unsecured creditors to be distributed pro rata.

(o)  General unsecured creditors whose claims are duly proven and allowed will be paid:

**$60,000** dividend as long as this dividend exceeds the highest amount, if any, shown in paragraph (n)(i), (n)(ii) or (n) (iii), and the Debtors pays in at least 36 monthly payments to be eligible for discharge.

(p) Unless otherwise ordered by the court, all property of the estate, whether in the possession of the trustee or the Debtors remains property of the estate subject to the court's jurisdiction, notwithstanding section 1327(b), except as otherwise provided in paragraph (m) above.  Property of the estate not paid to the trustee shall remain in the possession of the Debtors.  All property in the possession and control of the Debtors shall be insured by the Debtors.  The Chapter 13 Trustee will not and is not required to insure assets and has no liability for injury to any person, damage or loss to any property in possession and control of the Debtors or other property affected by property in possession and control of the Debtors.

(q)  Notwithstanding the proposed treatment or classification of any claim in the plan confirmed in this case, all lien avoidance actions or litigation involving the validity of liens, or preference action will be reserved and can be pursued after confirmation of the plan. Successful lien avoidance or preference actions will be grounds for modification of the plan.

Prepared by: /s/ Valerie G. Long                                Date: 9/28/16

      (Attorney for Debtors)

**CERTIFICATE OF SERVICE**

I hereby certify that true copies of the foregoing *Notice* and *Motion to Modify Chapter 13 Plan* have this day been mailed to the names listed below, unless service was perfected electronically by Electronic Bankruptcy Noticing:

**All Creditors Listed in Exhibit A**

in envelopes properly addressed, stamped and deposited in the United States Mail to insure delivery.

This 28th day of September, 2016.

      /S/ Valerie G. Long_____
Valerie G. Long
Attorney for Debtors

4800 Armour Road
P.O. Box 8641
Columbus, Georgia 31908-8641
(706) 596-6745
State Bar No. 457485

**Exhibit A**

Kristin Hurst
Chapter 13 Trustee
P.O. Box 1907
Columbus, GA 31902-1907

Clifford Lee Johnson
Latessa Marie Johnson
501 Southern Pines Drive
Columbus, GA 31907

American Express
P.O. Box 297871
Fort Lauderdale, FL 33329

Bank of America
P.O. Box 15102
Wilmington, DE 19885

BB&T
P.O. Box 227
Greenville, SC 29602

Best Egg/SST
4315 Pickett Road
Saint Joseph, MO 64503

Capital One
P.O. Box 30285
Salt Lake City, UT 84130

Chase
P.O. Box 15298
Wilmington, DE 19850-5298

Citi Cards
P.O. Box 6241
Sioux Falls, SD 57117

Comenity Bank
P.O. Box 785
Columbus, OH 43218

Discover
P.O. Box 15316
Wilmington, DE 19850

Discover Bank
P.O. Box 3025
New Albany, OH 43054-3025

Fidelity Bank
P.O. Box 105075
Atlanta, GA 30348

William J. Layng Jr
2451 Cumberland Parkway
Suite 3477
Atlanta, GA 30339

Georgia Department of Revenue
Compliance Division
1800 Century Blvd. Ste. 17200
Atlanta, GA 30345-3205

Kohls/Capital One
P.O. Box 3084
Milwaukee, WI 53201

Lending Club Corp.
71 Stevenson St, Ste. 300
San Francisco, CA 94105

Macy's
P.O. Box 8058
Mason, OH 45040-8058

Military Star
P.O. Box 650410
Dallas, TX 75265

Navient
P.O. Box 9500
Wilkes Barre, PA 18773-9500

Navy Federal Credit Union
P.O. Box 3000
Merrifield, VA 22119

Sheffield Financial
P.O. Box 580229
Charlotte, NC 28258

Sheffield Financial
P.O. Box 1847
Wilson, NC 27894-1847

SYNCB/Amazon
P.O. Box 960013
Orlando, FL 32896-0013

SYNCB
P.O. Box 9650258
Orlando, FL 32896

Synovus Bank
1125 1st Avenue, 2nd Floor
Columbus, GA 31902

The Home Depot/CBNA
P.O. Box 6497
Sioux Falls, SD 57117

Tower Loan
1703 14th Street
Phenix City, AL 36867

USAA Savings Bank
P.O. Box 33009
San Antonio, TX 78265

WorldDiscovered.com
21781 Ventura Blvd
Woodland Hills, CA 91364

Intrust/THD
1797 NE Expressway
Atlanta, GA 30329